**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Chad S. Tapp, SBN 214898
Kayla C. Villa, SBN 255641
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
KELLI RIDENOUR, individually and dba KELLI'S COOKIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KELLI RIDENOUR, Individually and d/b/a KELLI'S COOKIES; PINDI BADENHOP MUNOZ, Individually and d/b/a/ JEWELRY BY MAURICE MASTER JEWELERS; BAO-VINH NGUYEN, Individually and d/b/a/ PRO CUT; NORMAN D. LYNCH, Individually and d/b/a DELTA DOOR COMPANY; SARAH LYNCH, Individually and d/b/a DELTA DOOR COMPANY; JEAN P. QUINT, Individually and as TRUSTEE OF THE QUINT FAMILY RESIDUAL TRUST ESTABLISHED OCTOBER 5, 1998; LOUIS QUINT, JR., Individually and as TRUSTEE OF THE QUINT FAMILY RESIDUAL TRUST ESTABLISHED OCTOBER 5, 1998;<br><br>　　　　　Defendants.<br>_____/ | Case No: 2:09-CV-00747 JAM-GGH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed:　March 18, 2009 |

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SCOTT JOHNSON and Defendants KELLI RIDENOUR, individually and dba KELLI'S COOKIES, by and through the undersigned, that the parties have agreed to an extension of time to answer the complaint. Defendants will now have until May 26, 2009 to file an answer with this court.

Dated: May 1, 2009                             LAW OFFICES OF SCOTT N. JOHNSON

                                                    By        /s/   Scott N. Johnson
                                                        Scott N. Johnson
                                                        Attorney for Plaintiff

Dated: April 30, 2009                          PORTER SCOTT
                                                        A PROFESSIONAL CORPORATION

                                                    By        /s/   Chad S. Tapp
                                                        Chad S. Tapp
                                                        Kayla C. Villa
                                                        Attorneys for Defendants
                                                        Kelli Ridenour and Kelli's Cookies

**ORDER**

IT IS SO ORDERED.

Dated: May 1, 2009

                                                        /s/ John A. Mendez
                                                        Judge of the United States District Court for the
                                                        Eastern District of California