SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>Kelli Ridenour, et al,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-00747-JAM-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF PINDI BADENHOP MUNOZ AND ORDER**<br><br>Complaint Filed: MARCH 18, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Pindi Badenhop Munoz) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.  Defendant (Pindi Badenhop Munoz) is dismissed because this Defendant is not proper party to this action.

Dated: June 5, 2009                              /s/Scott N. Johnson_____
                                                                SCOTT N. JOHNSON
                                                                Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                        CIV: S-09-00747-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2

3  Dated:   June 5, 2009                                    /s/ John A. Mendez
                                                                              U. S. DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                CIV: S-09-00747-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com