SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Kelli Ridenour, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-00747-JAM-GGH<br><br>**STIPULATED DISMISSAL OF KELLI RIDENOUR AND ORDER**<br><br>Complaint Filed: March 18, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Kelli Ridenour) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Kelli Ridenour) is dismissed because this Defendant has filed for Chapter 11 Bankruptcy.

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March 22, 2010 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: March 22, 2010 | /s/Phillip M. Cunningham<br>PHILLIP M. CUNNINGHAM,<br>Attorney for Defendant,<br>KELLI RIDENOUR |

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated: March 25, 2010 | /s/ John A. Mendez<br>U. S. DISTRICT COURT JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com